■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL TIRADO, Appellant. [691 NYS2d 807] —Judgment unanimously affirmed. Same Memorandum as in *People v Concepcion* (262 AD2d 1058 [decided herewith]). (Appeal from Judgment of Monroe County Court, Connell, J.—Murder, 2nd Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD DAVIDSON, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [692 NYS2d 262] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition for a writ of habeas corpus. In affirming the dismissal of a prior similar petition brought by petitioner, we observed that an application to correct the discrepancy between the stenographic minutes of the sentence and the order of commitment must be addressed to the sentencing court (*see, People ex rel. Davidson v Kelly*, 193 AD2d 1140, 1141). Any correction of that discrepancy must reflect that, upon relator's conviction of three class A-I felonies, the sentencing court was required to impose an indeterminate sentence with a maximum term of life imprisonment (*see*, Penal Law § 70.00 [1], [2] [a]). Because the maximum term has not expired, habeas corpus relief is unavailable (*see, People ex rel. Whitney v Wilson*, 259 App Div 1107, *affd* 285 NY 676). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.